IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 08-0506 |
| | : | (12-cv-2467) |
| PATRICIA HERNANDEZ | : | |

## O R D E R

**AND NOW**, this 28th day of August, 2012, upon careful consideration of the defendant's motion to vacate, set aside, or correct her conviction and sentence filed pursuant to 28 U.S.C. § 2255 (Document #51), and the government's motion to dismiss filed in response to the defendant's motion (Document #54), IT IS HEREBY ORDERED that:

1. The defendant's motion is DENIED in its entirety without a hearing.

2. The government's motion to dismiss is GRANTED.

3. As the defendant has failed to make a substantial showing of a denial of any constitutional right, there is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.